# UNITED STATES DISTRICT COURT
for the

__Western__ District of __New York__

_____ Division

Case No. __25cv973 Sinatra__
(to be filled in by the Clerk's Office)

**Willie Martin**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* [✔] Yes [ ] No

-v-

**John Garcia
Sandra Amoia
Cheif. C. Green
Erie County Corectional Facility staff**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Willie Martin  ICN: 30037 |
| Street Address | 11581 Walden Avenue |
| City and County | Alden        Erie |
| State and Zip Code | NEW YORK    14004 |
| Telephone Number | 716-937-5585 |
| E-mail Address | None at this time |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

John Garcia, Sandra Amoia, Cheif, C. Green - individual
Erie County correctional facility and staff government agency.

Page 1 of 5

Defendant No. 1

- Name: John Garcia
- Job or Title (if known): Erie County Sheriff
- Street Address: 10 Delaware AVE
- City and County: Buffalo — Erie
- State and Zip Code: NEW YORK 14202
- Telephone Number: unknowen
- E-mail Address (if known): unknown

Defendant No. 2

- Name: Sandra Amoia
- Job or Title (if known): Deputy Superintendent
- Street Address: 10 Delaware AVE
- City and County: Bufalo — Erie
- State and Zip Code: NEW YORK 14202
- Telephone Number: unknown
- E-mail Address (if known): unknown

Defendant No. 3

- Name: Cheif
- Job or Title (if known): Cheif office at Alden Correctional
- Street Address: 11581 walden
- City and County: Alden — Erie
- State and Zip Code: NEW YORK 14004
- Telephone Number: unknown
- E-mail Address (if known): unknown

Defendant No. 4

- Name: Erie County Correctional Facility staff
- Job or Title (if known): Jail management
- Street Address: 11581 Walden Ave
- City and County: Alden — Erie
- State and Zip Code: New York 14004
- Telephone Number: 716-937-5585
- E-mail Address (if known): unknow

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1st, 5th, 8th, 13, 25 amendments. US-UN treateis on human rights and provisions and states of human rights.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

    b.    If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount I am asking for in relief and damages is __20 million dollars__.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

NUMBER

1.) Erie County Correctional facility staff on or about 9-1-25 and on going willingly and knowing violates me in the following ways. They have taken my name away and given me a number as if I was a slave. They force me to work with out pay.    Please see additional page for more info.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for damages in the amount of __20 million dollars__ for the following.
Pain in my back, Pain in my legs, Pain in my arms, my head hurts, P.T.S.D. Post-Traumatic Stress disorder. Emotional injury, Emotional stress, Physical stress, physical injury. I am afraid all the time. I am in fear of my life. My freedom has been taken from me, loss of money, loss of property, loss of family, loss of friends. and much more.

# ERIE COUNTY CORRECTIONAL FACILITY
### 11581 Walden Avenue    Alden, NY 14004

Additional page. number 1.) III Statement of claim: Willie Martin

I am forced to use a bathroom with out doors or walls so other people can see, along with female gards looking at me, I am forced to use a shower with other people around me, with no doors or walls with both male and female gards able to see my nakedness, I am forced to sleep on old broken bunk beds, illegal since 2022 and 2018 under the law. I am forced to drink unclean water from unclean sinks, I am fored to eat substandard food from unclean trays. Not cooked or over cooked, I am forced to live with people who have been convicted of murder and sex crimes, and worse, I am forced to live in an unsafe place, with broken walls, broken floors mold on the walls, with bugs every where and vermin running around. I forced to breath unclean air, I am forced to be made naked in public to be stripped searched and if I don't do as they tell me I am forced in to the Box with no movement no outside light, and not much food, for days, weeks, months. and much, much, more I am forced to do all with in violation of my rights.

To, The Clerk of the Court
   Please send me additional paper work as needed.
   thank you.

#2.) Sandra Amoia The person who could fix the issues and does not, and knows about everything
#3) Cheif. C. Green who runs the Jail day in and Day allows all this bad stuff to go on and even orders it.
#4) John Garcia is the Erie County Sheriff and oversees everything with the Jails and could fix things But does not he does this as to save money at the cost of people's health.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-  -2025

Signature of Plaintiff: Willie Martin ICN:30037
Printed Name of Plaintiff: Willie Martin ICN:30037

B. **For Attorneys**

Date of signing: N/A

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

Willie Martin       ICN# 30037
Erie County Correctional Facility
11581 Walden Ave – Alden, New York 14004

ATTN: Clerk of the Court
U.S. Courthouse Federal Building
100 State Street Room 2120
Rochester New York 14614

